**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:
AMERICAN NW TRANSPORTATION, INC.,

CASE NO:   04-40943-LMK
CHAPTER 7

   Debtor(s).

_____/

# NOTICE OF PAYMENT OF DIVIDEND(S) TREATED IN ACCORDANCE WITH 11 USC §347

Mary W. Colón, Chapter 7 Trustee, pursuant to the Trustee's notice of final dividends to creditors, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of a check in the amount of $1,745.56, representing the dividend(s) treated in accordance with 11 USC §347 for the following claim(s)/claimant(s):

| Claim No. | Claimant | Dividend |
|---|---|---|
| 4 | Contech Trucking and Logistics<br>PO Box 8740<br>Middletown, OH 45042-8740 | 92.12 |
| 8 | Ronnie Fairchild Trucking, Inc.<br>RR 5, Box 5365<br>Monticello, KY 42633 | 73.70 |
| 10 | Hedges Trucking<br>PO Box 100272<br>Pasadena, CA 91189-0272 | 221.10 |
| 14 | Super Grass, Inc.<br>2910 Drane Field Road<br>Lakeland, FL 33811 | 85.98 |

| | | |
|---|---|---|
| 18 | Buchwitz Int'l, Inc.<br>17683 Co. Road 42<br>Parkers Prairie, MN 56361 | 140.27 |
| 20 | GTI Roll Transportation Services, Inc.<br>1047 N. Lynndale Drive #2C<br>Appleton, WI 54914 | 221.10 |
| 23 | Hot Shot Haulers<br>PO Box 9240<br>Jonesboro, AR 72403 | 171.96 |
| 24 | East West Motor Express<br>5289 Paysphere Circle<br>Chicago, IL 60674 | 383.12 |
| 25 | Kam Express, Inc.<br>PO Box 7371<br>Edmond, OK 73083 | 159.68 |
| 28 | Outlaw Express<br>PO Box 624<br>Canton, IL 61520 | 196.53 |

**DATED:** May 13, 2011.

/s/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
Smith, Thompson, Shaw, Minacci & Colón, PA
Post Office Box 14596
Tallahassee, FL 32317
Telephone: (850) 241-0144
Facsimile: (850) 702-0735
mcolon@7trustee.net

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing notice of payment of dividends treated in accordance with Rule 3010 has been served by U.S. Mail to Contech Trucking and Logistics, PO Box 8740, Middletown, OH 45042-8740; Ronnie Fairchild Trucking, Inc., RR 5, Box 5365, Monticello, KY 42633, Hedges Trucking, PO Box 100272, Pasadena, CA 91189-0272; Super Grass, Inc., 2910 Drane Field Road, Lakeland, FL 33811; Buchwitz Int'l, Inc., 17683 Co. Road 42, Parkers Prairie, MN 56361; GTI Roll Transportation Services, Inc., 1047 N. Lynndale Drive #2C, Appleton, WI 54914; Hot Shot Haulers, PO Box 9240, Jonesboro, AR 72403; East West Motor Express, 5289 Paysphere Circle, Chicago, IL 60674; Kam Express, Inc., PO Box 7371, Edmond, OK 73083; Outlaw Express, PO Box 624, Canton, IL 61520; and by Electronic Mail to Charles F. Edwards, Esq., Office of the U.S. Trustee, 110 East Park Avenue, Room 128, Tallahassee, FL 32301 on May 13, 2011.

/s/ Mary W. Colón